352 A.2d 11

**Anthony D. PIRILLO, Jr., Esquire, et al., Petitioners,**

**v.**

**Honorable Harry A. TAKIFF.**

**Anothony D. PIRILLO, Jr., Esquire, et al., Petitioners,**

**v.**

**Honorable Harry A. TAKIFF and Walter M. Phillips, Jr., Esquire.**

Supreme Court of Pennsylvania.

July 7, 1975.

Certiorari Denied and Appeal Dismissed
Jan. 26, 1976.

See 96 S.Ct. 873.

Anthony D. Pirillo, Jr., Salvatore J. Cucinotta, Philadelphia, for petitioners.

Michael L. Levy, Philadelphia, for respondent Walter M. Phillips, Jr.

Jonathan Vipond, III, Philadelphia, for respondent, Hon. Harry A. Takiff.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.

An now, this 7th day of January, 1976, the above captioned matters having been reargued on October 23, 1975, it is unanimously ordered that the opinion of this Court as filed on July 7, 1975, Pa., 341 A.2d 896, be reinstated.

NIX, J., did not participate in the consideration or decision of this matter.